**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rodney Edward Atkinson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6846**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Minnesota** | | Date case filed for chapter   **7**   **6/22/20** |
| Case number:   **20–60350 – MER** | | |

| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rodney Edward Atkinson | |
| 2. | **All other names used in the last 8 years** | asf Atkinson Well & Pump LTD, asf R & W Company | |
| 3. | **Address** | 310 8th ST SE<br>PO Box 185<br>Freeport, MN 56331 | |
| 4. | **Debtor's attorney**<br>Name and address | Sam Calvert<br>Sam V. Calvert PA<br>1011 2nd St N<br>Suite 107<br>St. Cloud, MN 56303 | Contact phone: 320–252–4473<br>Email: calcloud@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537 | Contact phone: 218–998–2775<br>Email: trustee@prtel.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Rodney Edward Atkinson**   Case number **20–60350**

| 6. | **Bankruptcy clerk's office** | 404 U.S. Courthouse<br>515 West First Street<br>Duluth, MN 55802 | Hours open: Monday – Friday: 8:00am – 4:30pm<br>Contact phone: (218) 529–3600<br>Web address: www.mnb.uscourts.gov<br><br>Date: 6/23/20 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | |
| 7. | **Meeting of creditors** | **July 23, 2020 at 11:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Video/teleconference *ONLY*, Contact trustee (see Section 5), for direction** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/21/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 9/21/20** |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:  
Rodney Edward Atkinson  
    Debtor

Case No. 20-60350-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0864-6     User: sherri     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                 Form ID: 309A     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
```
db             +Rodney Edward Atkinson,    310 8th ST SE,    PO Box 185,    Freeport, MN 56331-0185
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62538591        American Express,    PO Box 12354,    Atlanta, GA 30355-2354
62538593       +Boe Piras,    Willenbring Law Firm,    318 Main St,,    Box 417,    Cold Spring MN 56320-2577
62538595        Citi,    P O Box 4283,    Sioux Falls, SD 57117
62538597       +Freeport State Bank,    P O Box 187,    Freeport, MN 56331-0187
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: calcloud@gmail.com Jun 23 2020 23:46:28      Sam Calvert,    Sam V. Calvert PA,
                 1011 2nd St N,    Suite 107,    St. Cloud, MN  56303
tr             +EDI: BEAHLGREN.COM Jun 24 2020 03:43:00      Erik Ahlgren,    Ahlgren Law Office,
                 220 W Washington Ave,    Suite 105,    Fergus Falls, MN 56537-2569
ust             +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jun 23 2020 23:46:35      US Trustee,
                 1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62538592        EDI: AMEREXPR.COM Jun 24 2020 03:43:00      American Express,    P O Box 981535,
                 El Paso, TX 79998-1535
62538594       +EDI: CITICORP.COM Jun 24 2020 03:43:00      Citi,    P O Box 6004,    Sioux Falls, SD 57117-6004
62538598        EDI: IRS.COM Jun 24 2020 03:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
62538596        EDI: JPMORGANCHASE Jun 24 2020 03:43:00      Disney Rewards Card,    Box 15123,
                 Wilmington DE 19850-5123
62538599        EDI: JPMORGANCHASE Jun 24 2020 03:43:00      Marriot Bonvoy,    Box 15123,
                 Wilmington DE 19850-5123
62538600        EDI: JPMORGANCHASE Jun 24 2020 03:43:00      Marriot Bonvoy,    Box 15298,
                 Wilmington DE 19850-5298
62538601        EDI: MINNDEPREV.COM Jun 24 2020 03:43:00      Minnesota Dept Of Revenue,    Bankruptcy Section,
                 P O Box 64447,    St Paul, MN 55164-0447
62538603        EDI: LCITDAUTO Jun 24 2020 03:43:00      TD Auto Finance,    PO Box 9223,
                 Farmington Hills, MI 48333-9223
62538604        EDI: USBANKARS.COM Jun 24 2020 03:43:00      U S Bank,    PO Box 6335,    Fargo ND 58125-6335
62538605       +EDI: USBANKARS.COM Jun 24 2020 03:43:00      US Bank Home Mortgage,    4801 Frederica St,
                 Owensboro, KY 42301-7441
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
62538602        non-filing spouse
smg*           +Minnesota Department of Revenue,    Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg*           +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
```
              Erik Ahlgren    trustee@prtel.com, MN23@ecfcbis.com
              Sam Calvert    on behalf of Debtor 1 Rodney Edward Atkinson calcloud@gmail.com,
               calcloud1@gmail.com;calvert.sam@gmail.com;calvert.sam@gmail.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3
```